Ammar Dadabhoy
Wong Fleming
State Bar No: 24088812
325 North St. Paul Street, Suite 3100
Dallas, TX 75201
Phone: (281) 340-20704
Fax: (866) 240-0629
Email: adadabhoy@wongfleming.com

Richard G. Foster
State Bar No. 07295100
Email: rfoster@prdg.com
Raj S. Aujla
State Bar No. 24064846
Email: raujla@prdg.com
Porter, Rogers, Dahlman & Gordon, P.C.
745 E. Mulberry, Suite 450
San Antonio, Texas 78212
Telephone: (210) 736-3900
Direct: (210) 547-9329
Fax: (210) 736-1992

ATTORNEYS FOR HUMANA INC., HUMANA INSURANCE COMPANY
AND HUMANA MILITARY

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **REVOLUTION MONITORING, LLC** | § | CASE NO. 18-33730-hdh |
| | § | |
| **REVOLUTION MONITORING** | § | CASE NO. 18-33731-hdh |
| **MANAGEMENT LLC,** | § | |
| | § | |
| **REVOLUTION NEUROMONITORING LLC** | § | CASE NO. 18-33732-hdh |
| | § | |
| **Debtors.** | § | (Jointly Administered) |
| | § | |
| **MEDARC, LLC as Collection Agent for** | § | |
| Jeffrey H. Mims, Trustee of the Liquidating | § | |
| Trust of Revolution Monitoring, LLC , | § | |
| Revolution Monitoring Management, LLC, and | § | |
| Revolution Neuromonitoring, LLC | § | |
| | § | |
| ***Plaintiff,*** | § | Adversary No. 20-03113 |
| | § | |

|  |  |
|---|---|
| v. | § |
|  | § |
| **Humana, Inc., et al.** | § |
|  | § |

## NOTICE OF HEARING

Please take notice that a hearing on Humana Inc., Humana Insurance Company, and Humana Government Business d/b/a Humana Military's (collectively referred to as "Humana") Motion to Withdraw the Reference is scheduled for December 16, 2020 at 2:00 P.M via WebEx. The hearing will be held before the Honorable Judge Harlin D. Hale on December 16, 2020 at the Earle Cabell Federal Building, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, Texas 75242-1496 via WebEx. The instructions for attending the hearing can be found at the following link:

- https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-hale-hearing-dates

Parties are requested to review the Webex information and tips prior to the hearing.

Respectfully submitted,

**WONG FLEMING**

By: _/s/ Ammar Dadabhoy/s/_
Ammar Dadabhoy
        Wong Fleming
        State Bar No: 24088812
        325 North St. Paul Street, Suite 3100
        Dallas, TX 75201
        Phone: (281) 340-20704
        Fax: (866) 240-0629
        Email: adadabhoy@wongfleming.com

        Richard G. Foster
        State Bar No. 07295100
        Email: rfoster@prdg.com

Raj S. Aujla
State Bar No. 24064846
Email: raujla@prdg.com
Porter, Rogers, Dahlman & Gordon, P.C.
745 E. Mulberry, Suite 450
San Antonio, Texas 78212
Telephone: (210) 736-3900
Direct: (210) 547-9329
Fax: (210) 736-1992
Attorneys for Humana Inc., Humana
Insurance Company, and Humana Military

Date: November 11, 2020

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served this 11th day of November, 2020 by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U.S. Bankruptcy Court for the Northern District of Texas; on all parties-in-interest submitting to service of papers in this case by said means.

*/s/ Ammar Dadabhoy*
Ammar Dadabhoy