# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| REVOLUTION MONITORING, LLC | § | |
| | § | Case No. 18-33730-hdh |
| REVOLUTIONMONITORING MANAGEMENT, LLC | § § | Case No. 18-33731-hdh |
| | § | |
| REVOLUTION NEUROMONITORING LLC | § | |
| | § | Case No. 18-33732-hdh |
| Debtors. | § | |
| | § | (Jointly Administered) |
| | § | |
| MEDARC, LLC, as Collection Agent for Jeffrey H. Mims, Trustee of the Liquidating Trust of Revolution Monitoring, LLC, Revolution Monitoring Management, LLC, and Revolution Neuromonitoring, LLC. | § § § § § § | Adversary No. 20-03113-hdh |
| *Plaintiff*, | § | |
| v. | § | |
| Humana, Inc., et al. | § | |
| *Defendants*. | § | |

## JOINT STIPULATION TO EXTEND 26(a) DISCLOSURE DEADLINE

Plaintiff MedARC LLC, as collection agent for Jeffrey H. Mims, Trustee of the Liquidating Trust of Revolution Monitoring, LLC, Revolution Monitoring Management, LLC, and Revolution Neuromonitoring, LLC ("Plaintiff" or "MedARC"), and Defendants Humana Inc., Humana Insurance Company, and Humana Government Business, Inc., ("Defendants"), all collectively referred to as the "Parties", enter into the following Stipulation mutually agreeing to extend the 26(a) Disclosure deadline as follows:

1. The Parties mutually agree to extend the deadline set forth in **Part I: Discovery**, Section 1, of the *Agreed Order Amending Adversary Proceeding Trial Setting and Alternative Scheduling Order* entered on January 6, 2021, resetting the deadline of the Parties to file the disclosures required by Rule 26(a), from the present deadline of January 25, 2021 to the extended deadline of February 1, 2021.

*AGREED AND STIPULATED:*

/s/ Lewis T. LeClair (with permission)
Lewis T. LeClair
Texas State Bar No. 12072500
**McKool Smith, P.C.**
300 Crescent Court Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

/s/ Nicholas A. Foley (with permission)
Nicholas A. Foley
Texas State Bar No. 07208620
8146 San Fernando Way
Dallas, Texas 75218

***ATTORNEYS FOR PLAINTIFF MEDARC, LLC***

/s/ Richard G. Foster
Richard G. Foster
Texas State Bar No. 07295100
Raj S. Aujla
Texas State Bar No. 24064846
**Porter, Rogers, Dahlman & Gordon, P.C.**
745 E. Mulberry, Suite 450
San Antonio, Texas 78212
Telephone: (210) 736-3900
Facsimile: (210) 736-1992

Tariq Zafar
Texas State Bar No. 24038048
**Wong Fleming**
325 North St. Paul Street, Suite 3100
Dallas, Texas 75201
Telephone: (281) 340-2074
Facsimile: (866) 240-0629

***ATTORNEYS FOR DEFENDANTS***

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause in accordance with Rule 5(b), Federal Rules of Civil Procedure, on this 26th day of January, 2021.

/s/ Richard G. Foster
Richard G. Foster